KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ISMAEL MUNOZ FERRER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:18-CV-00494−GSA<br><br>STIPULATED EXTENSION OF TIME |
|---|---|

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a first extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Document 5-1, Section 12. Plaintiff's counsel had an unexpected death in the family and subsequent illness and needs more time to prepare the opening brief. Opening Brief shall now be due on February 5, 2019.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1  STIPULATION
        [1:18−CV−00494−GSA]

Dated January 14, 2019:  /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated January 14, 2019:  s/ KELSEY M. BROWN for Margret Branick-Abilla
MARGRET BRANICK-ABILLA
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

IT IS SO ORDERED.

Dated: **January 25, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Page 2  STIPULATION
[1:18−CV−00494−GSA]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063