# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL MUNOZ FERRER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>Defendant. | No. 1:18-cv-00494-GSA<br><br>**ORDER DISCHARGING<br>ORDER TO SHOW CAUSE**<br><br>**Doc. 18** |

On February 29, 2019, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to file his opening brief in compliance with the parties' stipulation to enlarge time filed January 14, 2019. On March 12, 2019, Plaintiff responded to the order to show cause and filed his opening brief.

Accordingly, the Order to Show Cause is hereby VACATED.

IT IS SO ORDERED.

Dated: __**March 14, 2019**__   　　　　_____/s/ Gary S. Austin_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1