McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ISRAEL MUNOZ FERRER,<br><br>        Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:18-cv-00494-GSA<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the

amount of SIX THOUSAND, SEVEN HUNDRED, FIFTEEN DOLLARS AND ZERO CENTS

($6,715.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

///

///

Stipulation and [Proposed] Order
1:18-cv-00494-GSA

1

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Kelsey Brown, Mackenzie Legal, PLLC. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel Kelsey Brown, including Mackenzie Legal, PLLC, may have relating to EAJA attorney fees in connection with this action.

///
///
///
///
///
///
///
///
///
///
///
///
///

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: January 22, 2020   MACKENZIE LEGAL, PLLC


By: */s/ Kelsey Mackenzie Brown\**
KELSEY MACKENZIE BROWN
Attorneys for Plaintiff
[*As authorized by e-mail on Jan. 22, 2020]


Dated: January 23, 2020   McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED.

Dated: **January 23, 2020**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
1:18-cv-00494-GSA